| DEBTOR AND ACCOUNT NUMBER | | PRINCIPAL | INTEREST | BALANCE |
|---|---|---|---|---|
| 00-04-11355 STEVEN W. HOGSETH | | 9.66 | 0.00 | -9.66 |
| UNICEL, 6 TELCOM DR., BANGOR, ME   04401   UNCLAIMED FUNDS | | | Claim #034 | |
| 00-07-10030 CATHERINE J. CHAMBERLAIN | | 19.43 | 0.00 | -19.43 |
| LYNN PUBLICATIONS, 462 HEGEMAN AVE, STE 905   UNCLAIMED FUNDS | | | Claim #022 | |
| Totals: | | 29.09 | 0.00 | |

② LYNN PUBLICATIONS
462 HEGEMAN AVE., STE 905
COLCHESTER, VT   05446